**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JAMES J. KING                                             Case Number: 07-73069
        105 RIDGEVIEW COURT           SSN-xxx-xx-4506
        FREEPORT, IL  61032

                                                    Case filed on:         12/18/2007
                                                    Plan Confirmed on:
                            U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $125.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES J. KING | 0.00 | 0.00 | 125.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 125.00 | 0.00 |
| 001 | CAPITAL ONE | 2,438.81 | 2,438.81 | 0.00 | 0.00 |
| 002 | DIRECT MERCHANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | JUNIPER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LOWES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 1,321.92 | 1,321.92 | 0.00 | 0.00 |
| 006 | CLC CONSUMER SERVICES | 8,553.87 | 8,553.87 | 0.00 | 0.00 |
|  | Total Unsecured | 12,314.60 | 12,314.60 | 0.00 | 0.00 |
|  | Grand Total: | 12,314.60 | 12,314.60 | 125.00 | 0.00 |

Total Paid Claimant:       $125.00
Trustee Allowance:         $0.00            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                               /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  06/25/2008            By  /s/Heather M. Fagan